We'll hear argument now in the case of United States v. Alkaramla, the Appeal of Bernstein. Good morning, Your Honor. Mr. Grossman. May it please the Court, my name is Richard Grossman. I represent Mr. Bernstein in this appeal. Philip Bernstein was appointed under the Criminal Justice Act and did not follow the procedure that's outlined in the Criminal Justice Act under, I think, 18 U.S.C. 3006 A.E. and the following. And I suppose it would be very easy to say that Mr. Bernstein did not follow the procedure. Is Mr. Bernstein now asking the District Court to award compensation to this expert? You mean is there a separate procedure, proceeding? No, is he now asking for compensation for this expert to be paid out of Criminal Justice Act funds? I believe so. I didn't write the briefs, but I believe so. I can't find any such argument in the brief. I think he makes the argument in his reply brief that there should be a separate... That's a little late to make an argument. I ask this in part because I'm having trouble understanding why the District Court even had jurisdiction. What this case seems to be about as it comes to the Court of Appeals is a request for an injunction against the implementation of a state court judgment. Well, what's the source of federal jurisdiction for that? Is this something under the diversity jurisdiction, perhaps? That Mr. Bernstein and the litigant in the Michigan case are of different citizenships? But the litigant in the Michigan case isn't even a party. As I recall, Judge Pallmeyer... And the amount in controversy does not exceed $75,000. That's correct. Judge Pallmeyer believed that she... Initially, she said she didn't think she had jurisdiction, but then later on she said that she thought she had jurisdiction because, I assume, under the Criminal Justice Act, he was a participant... Criminal Justice Act doesn't authorize payments to lawyers and experts. It does not authorize injunctions against state court proceedings or any proceedings adverse to the experts. It authorizes payment. I presume that Mr. Bernstein was not asking for an injunction against the state court. What he was asking, the title of his motion that he filed, that I could see, is an order to require Mr. Speckin to relinquish any claim that he had and given... In other words, assuming... I don't see in his brief anything other than a request for an injunction against the implementation of the state court judgment. Now, I don't see how the Criminal Justice Act creates jurisdiction to seek such a remedy. And I don't see how the request can be reconciled with the Anti-Injunction Act, 28 U.S.C. 2283, which expressly forbids such relief. And your brief doesn't mention 2283. Not a peep. I believe that Mr. Bernstein was relying on the All Writs Act, which... 2283 says it has to be express. There's nothing in the Criminal Justice Act that expressly, or even by implication, authorizes injunctions. But at all events, I would have expected to see a discussion of 2283. And it isn't even mentioned. Your Honor, I believe that, again, the brief relies on the motion that was filed below in front of Judge Palmeier, which was titled, An Order Requiring Mr. Speckin to Relinquish His Claims. I hope you would agree that if the court had a jurisdiction, it had jurisdiction over Mr. Speckin, and could order Mr. Speckin to do that which would facilitate the vindication of federal interest as expressed in the Criminal Justice Act. If there were a grant of authority in the Criminal Justice Act. But where is it in the Criminal Justice Act? I believe the case law refers to the fact that... Where is it in the Criminal Justice Act? Any language even arguably authorizing an injunction against a state court proceeding. Even arguably. What I would like to submit to the court is this court's decision in Silva... Look, I take it your answer is, there is no such language, even arguably authorizing the remedy that Bernstein wants. And you will then say, well, but we judges should just make it up. But that's what runs headlong into 2283, which says, you can't make it up. I take it that the All Writs Act is an aid to the jurisdiction of the federal courts to preserve... There isn't any jurisdiction granted by the Criminal Justice Act to grant injunctions. It just isn't there. If I'm a federal district court, my reading of the All Writs Act is that I can then use the All Writs Act to protect anything that I do in aid of my judgment. I think that's what it says. There is no provision in the Criminal Justice Act for entering judgments against expert witnesses. There's none. Absolutely none. Judgments of any kind. The Silva case says, if you are a participant in the Criminal Justice Act reimbursement program, you cannot go outside. You cannot go outside unless you have permission of the court. That's what it says. Look, counsel, it may be that Mr. Bernstein has violated duties under the Criminal Justice Act. But I don't see any argument, any colorable argument, that the expert witness violated any duties under the Criminal Justice Act. Only Bernstein violated his duties. I believe, I know that it's certainly not binding on this court, but there was a case out of the Northern District of California in which, I think the Hernandez-Gamora case, in which the court said that the person who, I think it was a paralegal, who resorted to a state court suit was in violation of the order. I think in Silva, I'm sorry, in violation of the Criminal Justice Act, which prohibits resort to extra-legal or extra-federal proceedings in order to get paid. And the reason being that the possibility of eventual pressure on the defendant or others on his behalf to reimburse the attorney's expenditure is a substantial danger that Congress obviously sought to curb. In other words, you don't want there to be pressure on even the attorney, they said, even where there's a third-party agreement. And the textual basis for this in the statute is what, concretely? The perceived manifest purpose of the Criminal Justice Act. When I ask for textual basis, I am asking for language in the statute. What you're saying is, let's just all make it up. But that's not the marching orders we are getting from the Supreme Court of the United States. We are told by both the justices and expressly by 2283 that we are supposed to look at and implement the language of statutes and not make up what we think would be good policy. That's why I'm asking you, what language in the statute do you rely on? I am not relying, I'm relying on the definition of the purpose in Silva, which I presume is not overruled. I just want to be clear, because I couldn't see this in the brief. You are not relying on a single word of the Criminal Justice Act. And you have nothing whatever to say about 2283. That's a serious problem. I again will submit that what Mr. Bernstein was attempting to do was to say to the court, you have the power under the All Writs Act to protect federal interests, your judgments. I see that my time is running out. Your time hasn't completely expired, but if you want to save any time for rebuttal, this would be the time. I would think I would do that. Thank you. Thank you, Mr. Grossman. Mr. Rahman. Good morning, Your Honors. May it please the court, I am Kartik Rahman and I represent the United States in this appeal. The district court correctly found that it was without authority to interfere in the Michigan State litigation against Mr. Bernstein. Mr. Bernstein had engaged Mr. Speckin, the expert, without having obtained the requisite authorization required by the district court to have the expert fees paid by the CJA. His efforts after the fact were not approved because they were not supported and they were excessive. When he failed to pay the expert, the expert sued him in the Michigan State Court and the proper forum for that dispute as of the time that this was raised before Judge Pallmeyer was in the district court in Michigan, the state court in Michigan. And the district court correctly found that, Judge Pallmeyer correctly found that when she determined that there was no obligation to pay at that point and that she lacked authority to interfere in the state litigation. For the first time, as Your Honor pointed out in the reply brief, Bernstein asked for the relief that is different from what he had mentioned in his original brief as well as in his motion before the district court and then in his motion to reconsider. In fact, in the district court, Bernstein asked Judge Pallmeyer to dismiss all claims in the Michigan court, to enjoin enforcement of the default judgment, to order the expert to release and to conduct a contempt hearing. And Judge Pallmeyer got it right when she denied it as the first motion was filed and when she considered it again. And the only issue that's before this court now is whether the district court's ruling on Bernstein's motion should be reversed and that ruling should not be reversed unless there are further questions. The United States respectfully asks that the district court's ruling be affirmed. Mm-hmm. Thank you, counsel. Anything further, Mr. Grossman? I suppose I'll try again. This time I suppose it's for rebuttal. I would like to at least present the theory that Mr. Bernstein seeks to implicate here, which is that under Silva, the manifest purpose of the act is to protect the defendant from the pressures that will eventuate when the expert fees are not paid. When people who are experts resort to the state courts or some other method, then they're putting pressure on the defendant through the attorney. And as the Silva court, which as I take it is good law today, says that even where there's a third party agreement, the possibility exists that that pressure will be brought to bear on the counsel. And so I would ask that the court send this case back to the district court so Judge Pallmeyer can investigate the situation. Thank you, Mr. Grossman. The case is taken under advisement.